**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Matthew Read ) | 2:20-cv-00932-DOC |
| ) | |
| ) | ORDER DISMISSING CASE |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| United States of America. ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

On April 23, 2020, the Court ordered Plaintiff to Show Cause why this action should not be dismissed for failure to diligently prosecute the action. To date, Plaintiff has not complied with the orders.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 1, 2020

*David O. Carter*

HONORABLE DAVID O. CARTER
U.S. District Court Judge

1